UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LANEESHA ALEXANDER, ET AL.** | **CIVIL ACTION 1:23-CV-1592** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARK WOOD, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**O R D E R**

On November 6, 2023, a **COMPLAINT** was filed by Laneesha Alexander. No filing fee accompanied this complaint. The filing fee for a new civil action is $402.00. Mover failed to pay the filing fee or submit an application to proceed *in forma pauperis*. Mover was notified of this deficiency on November 8, 2023 but has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **COMPLAINT** filed by Laneesha Alexander on November 6, 2023, be and is hereby stricken from the record and this case closed.

THUS DONE in Alexandria, Louisiana, this 29th day of November, 2023.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE